IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DONNELLY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-1128 |
| | : | |
| v. | : | |
| | : | |
| KUTZTOWN AREA TRANSPORT SERVICE, INC., CLARENCE E. HOWELL, and MATTHEW K. ANGSTADT, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 29th day of July, 2016, after considering the defendants' motion for summary judgment, and accompanying evidentiary materials (Doc. No. 17), the plaintiff's response to the motion, and accompanying evidentiary materials (Doc. No. 20), the defendants' reply (Doc. No. 21), and the plaintiff's supplemental documentation (Doc. No. 22); and after hearing argument on July 1, 2016; accordingly, and for the reasons expressed in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendants' motion for summary judgment (Doc. No. 17) is **GRANTED**;

2. Judgment is **ENTERED** in favor of the defendants and against the plaintiff on Count V of the complaint, namely the section 1983 claim;

3. The remaining state-law claims are **REMANDED** to the Court of Common Pleas of Bucks County, Pennsylvania; and

4. The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.